DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER HUBER,**
Appellant,

v.

**PATRICIA LAMBRECHT,**
Appellee.

No. 4D2025-1774

[May 14, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerard Joseph Curley, Jr., Judge; L.T. Case No. 502023CA009255XXXXMB.

Peter Huber, Port Salerno, pro se.

Dale A. Evans, Jr. and Maia Sevilla-Sharon of Troutman Pepper Locke LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***